**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alexander Judka*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Alexander.Judka@usdoj.gov*

*main: (973) 645-2700*
*direct: (862) 754-2485*

September 11, 2026

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Larez v. Soto et al.*, No. 26-11660 (CCC)**
**Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 8:00 p.m. on September 10, 2026.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Alexander Judka*
Alexander Judka
Assistant United States Attorney
*Attorneys for Respondents*

In light of Petitioner's release, the Clerk's Office shall close this matter. SO ORDERED.

*/s/ Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Dated: September 14, 2026

cc: Counsel of Record (by ECF)